Certificate Number: 15317-PAM-DE-031135900

Bankruptcy Case Number: 18-01780


15317-PAM-DE-031135900

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on June 5, 2018, at 9:12 o'clock AM PDT, Todd R Groft completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  June 5, 2018　　　　　　　　　　　By:  /s/Rose Benito

　　　　　　　　　　　　　　　　　　　　　Name:  Rose Benito

　　　　　　　　　　　　　　　　　　　　　Title:  Counselor